FILED
ASHEVILLE, N.C.

MAY 13 2020

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In the Matter of the Criminal Complaint concerning<br><br>Coyami Ruiz Miguel | Docket No. 1:20-mj-31 |

## ORDER UNSEALING CRIMINAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT RELATING TO THE COMPLAINT

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Complaint, Arrest Warrant, Accompanying Affidavit, the Motion to Seal, and any related orders be unsealed,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Complaint, Arrest Warrant, Accompanying Affidavit, the Motion to Seal, and the Order to seal, be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to david.thorneloe@usdoj.gov).

SO ORDERED this 13th day of May 2020.

W. Carleton Metcalf
U.S. Magistrate Judge