IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CR 44 MR WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| COYOAMI RUIZ MIGUEL | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Motion to Seal Addendum to Factual Basis. Doc. 30. The subject document contains the names of the child victims in this case and the counts in the indictment with which they are associated. Doc. 29.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

Here, the undersigned has considered the Motions to Seal, the public's interest in access to the subject filing, and alternatives to sealing. The filing associated with the Motion to Seal has been submitted in connection with Defendant's change of plea. The undersigned agrees that the subject matter of the filing is such that sealing is appropriate. Further, the Court finds that less

restrictive means of handling the information is not sufficient as the document consists of sensitive information about the child victims in this case.

**IT IS THEREFORE ORDERED THAT** the Government's Motion to Seal Addendum to Factual Basis (Doc. 30) is **GRANTED**, and the Addendum to the Factual Basis (Doc. 29) is hereby **SEALED** and shall remained sealed until further Order of the Court.

Signed: December 23, 2020

W. Carleton Metcalf
United States Magistrate Judge